# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SARAH HUGHES, | |
| Plaintiff, | 2:15-cv-00714-GMN-VCF |
| vs. | |
| GREAT CLIPS, INC., *et al.*, | **ORDER** |
| Defendants. | |

Before the court is *Sarah Hughes v. Great Clips, Inc., et al.*, case number 2:15-cv-00714-GMN-VCF . A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

IT IS HEREBY ORDERED that a discovery hearing is scheduled for 3:30 p.m., November 13, 2015, in courtroom 3D. The hearing will be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

Dated this 2nd day of November, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE